UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | | |
|---|---|---|
| GLENDA BROADWAY;<br>KENYA MITCHELL;<br>LISA PERRY<br>*Plaintiff*<br><br>v.<br><br>SAINT JOSEPH REGIONAL MEDICAL CENTER -<br>SOUTH BEND CAMPUS INC<br>doing business as Mishawaka Medical Center<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.    3:20cv421 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

**X** other:    The court GRANTS summary judgment in favor of defendant, Saint Joseph Regional Medical Center - South Bend Campus Inc.                                                                                                                                      .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge    Damon R. Leichty    on a motion for    summary judgment.                                                                                                                                      .

Date:    Sept 30, 2022                                CLERK OF COURT

                                                                                /s/ D. Kirkwood

                                                                                *Signature of Clerk or Deputy Clerk*