# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 27, 2023

To: Chanda J. Berta
UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend, IN 46601-0000

| No. 22-2953 | GLENDA BROADWAY, et al.,<br>     Plaintiffs - Appellants<br><br>v.<br><br>SAINT JOSEPH REGIONAL MEDICAL CENTER - SOUTH BEND CAMPUS INC., doing business as MISHAWAKA MEDICAL CENTER,<br>     Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:20-cv-00421-DRL<br>Northern District of Indiana, South Bend Division<br>District Judge Damon R. Leichty ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                F.R.A.P. 42(b)

STATUS OF THE RECORD:                             no record to be returned

form name: **c7_Mandate**    (form ID: **135**)